GABRIEL PALERM, Peticionario, *v.* CORTE DE DISTRITO DE SAN JUAN, HON. PABLO BERGA, JUEZ, Demandada.

835 *

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SR. WOLF.

Como en este caso se libró un embargo en forma ordinaria y como se tomó posesión del dinero adeudado por la compañía de seguros, no ví razón adecuada por la cual los bienes embargados no debían ser entregados al sustituirse la fianza. El objeto de cualquier embargo para asegurar la efectividad de una sentencia es, en casos de una sentencia final, proveer un remedio inmediato al acreedor. Si bien el objeto del procedimiento sumario de la Ley Hipotecaria es conceder un remedio inmediato, la misma razón existe en un embargo para asegurar la efectividad de una sentencia. En ambos casos el objeto es otorgar un remedio inmediato y al acreedor hipotecario no le causan mayores inconvenientes que los producidos a un acreedor por sentencia. Cada uno de ellos tendría que proceder contra los fiadores al prestarse una fianza.

Además, si bien es cierto que el objeto de la Ley Hipotecaria es conceder un remedio inmediato al acreedor, es igualmente el fin de dicho código reconocer el derecho del deudor a incoar un procedimiento ordinario para recobrar nuevamente la finca si el procedimiento hipotecario se incoare indebidamente o si se prosiguiera de modo equivocado. La situación del acreedor con motivo de la destrucción de los bienes asegurados tal vez apelaría a uno, pero quizá también la situación del deudor.

Estoy autorizado para hacer constar que el Juez Asociado Sr. Hutchison está conforme con esta opinión.

---

* Véase la opinión del tribunal en la página 872.